UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DEREK MORTLAND,

        Plaintiff,

v.

ANR KALAMAZOO HOTEL 2, LLC,

        Defendant.

CASE NO.  21-cv-00020

HON. PAUL L. MALONEY

MAGISTRATE JUDGE
SALLY J. BERENS

---

| | |
|---|---|
| BLACKMORE, MEEKER & BOWLER CO., L.P.A.<br>Colin G. Meeker (OH No. 0092980)<br>Attorney for Plaintiff<br>495 Portage Lakes Dr.<br>Akron, OH 44319<br>(330) 253-3337<br>Fax:  (330) 253-4131<br>cgm@bmblaw.com | JACKSON LEWIS P.C.<br>Tiffany Buckley-Norwood (P69807)<br>Franceska N. Edinger (P84629)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900<br>tiffany.buckley@jacksonlewis.com<br>franceska.edinger@jacksonlewis.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES OR COSTS**

     This matter having come before the Court on the stipulation of the Parties, the Court having reviewed same and otherwise being duly advised on the premise, **IT IS HEREBY ORDERED** that this case be and is hereby DISMISSED with prejudice and without fees or costs. This is a final order that resolves all pending claims and closes the case. **IT IS SO ORDERED.**

Dated this  27th  day of  August , 2021.

                                                /s/ Paul L. Maloney
                                           **Hon. PAUL L. MALONEY**

**Approved As To Form and Substance By:**

By: /s/ *Colin Meeker* (w/ consent)
Colin G. Meeker (OH No. 0092980)
Attorney for Plaintiff
495 Portage Lakes Dr.
Akron, OH 44319
(330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Dated: 8/20/2021

By: /s/ *Tiffany A. Buckley-Norwood*
JACKSON LEWIS P.C.
Tiffany A. Buckley-Norwood (P69807)
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, MI 48075
tiffany.buckley@jacksonlewis.com
franceska.edinger@jacksonlewis.com

Dated: 8/20/2021

4838-2256-6903, v. 1